1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6
7    DAVID BRIGHAM YOUNG,                    )
8                          Plaintiff,        )        Case No. 2:12-cv-00091-KJD-GWF
                                             )
9    vs.                                     )        **ORDER**
                                             )
10   MERCURY CASUALTY CO., *et al.*,         )
                                             )
11                         Defendants.       )
     _____     )
12
13          This matter comes before the Court on Defendant Mercury Casualty Company's
14   ("Defendant") Motion for an Order Requiring Supplement of Plaintiff's Certificate of Interested
15   Parties (#34), filed on February 1, 2013.  The time to file any response expired on February 18,
16   2013.
17          This case arises out of an automobile accident wherein Plaintiff allegedly sustained brain
18   injury. Plaintiff filed his Certificate of Interested Parties (#5) on January 30, 2012, naming only
19   himself and Defendant.  Defendant represents it has received indications that attorneys from related
20   prior bad-faith actions and other parties have liens on any recovery Plaintiff may obtain in this case.
21   Defendant therefore seeks an order requiring Plaintiff to supplement his Certificate of Interested
22   Parties.   Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in
23   response to any motion shall constitute a consent to the granting of the motion.  The time to oppose
24   the instant Motion has expired, and no opposition has been filed.  Accordingly,
25          **IT IS HEREBY ORDERED** that Defendant's Motion for an Order Requiring Supplement
26   of Plaintiff's Certificate as to Interested Parties (#34) is **granted**.
27   ...
28   ...

1     **IT IS FURTHER ORDERED** that Plaintiff shall file a supplemented Certificate of

2    Interested party naming any parties that have liens on any recovery in this case within 14 days of

3    the date of this Order.

4          DATED this 25th day of February, 2013.

5

6                                              _George Foley Jr._____

7                                              GEORGE FOLEY, JR.
                                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28