# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BRIGHAM YOUNG, ) | |
| Plaintiff, ) | Case No. 2:12-cv-00091-KJD-GWF |
| vs. ) | **ORDER** |
| MERCURY CASUALTY CO., *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's failure to supplement his Certificate as to Interested Parties as required by this Court's Order (#42). On February 25, 2013, the Court ordered that Plaintiff supplement his Certificate of Interested Parties naming any parties that have liens on any recovery in this case. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff supplement his Certificate of Interested Parties naming any parties that have liens on any recovery in this case no later than **April 1, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 20th day of March, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge