GLENN H. TRUITT, ESQ.
Nevada Bar No.: 12506
glenn@halfpricelawyers.com
MARK H. HUTCHINGS, ESQ.
Nevada Bar No.: 12783
mark@halfpricelawyers.com
TRUITT & ASSOCIATES
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
(702) 400-0000
(702) 400-0001 (fax)

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DAVID BRIGHAM YOUNG,<br><br>  Plaintiff,<br><br>vs.<br><br>MERCURY CASUALTY COMPANY,<br><br>  Defendants. | CASE NO.:   2:12-CV-00091-KJD-GWF<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The above-entitled matter having been submitted to this Court for an Order Appointing Guardian Ad Litem, and after reviewing the papers and pleadings on file, and good cause appearing therefore;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that Applicant Robert L. Ansara's Application for Appointment of Guardian Ad Litem for the purpose of pursuing DAVID BRIGHAM YOUNG's legal claims for relief against Mercury Casualty Company.

DATED this 21st day of November, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge

Respectfully Submitted by:
TRUITT & ASSOCIATES

/s/ Mark H. Hutchings, Esq.
GLENN H. TRUITT, ESQ.
Nevada Bar No.: 12506
MARK H. HUTCHINGS, ESQ.
Nevada Bar No.: 12783
TRUITT & ASSOCIATES
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104