BENJAMIN J CARMAN, NV Bar #12565
L. RENEE GREEN, NV Bar # 12775
HAGER & DOWLING
4045 Spencer Street, Suite 408
Las Vegas, NV 89119
702-586-4800; Fax: 702-586-0831
service@hdlawvegas.com
Attorneys for Defendant
MERCURY CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DAVID BRIGHAM YOUNG**, | Case No. 2:12-cv-00091-KJD-GWF

   Plaintiff,

v.

**MERCURY CASUALTY COMPANY**,

   Defendant.

**STIPULATION AND ORDER**

  COME NOW, Plaintiff DAVID BRIGHAM YOUNG, through his attorney of record, Barbara I. Johnston, Esq., and Defendant MERCURY CASUALTY COMPANY, by and through its attorneys, HAGER & DOWLING, P.C., and hereby submit this stipulation and order to the Court to extend the briefing schedule on the cross motions for summary judgment filed by the parties, docket numbers 146 and 149.

  The reason for the continued briefing schedule is that Plaintiff's counsel, Barbara Johnston, recently underwent medical treatment upon admission to a hospital for an ongoing health issue. This has seriously impacted her ability to prepare a timely response to the motion for summary judgment filed by Mercury, as well as to deal with any resulting opposition filed to Mr. Young's motion. The Court previously granted a motion brought by Mr. Young on largely the same basis to continue the dispositive motion

1  deadline[1], but the parties only received notice after or shortly before they filed their
2  motions on the then-existent deadline of July 14.[2]  The parties seek the Court provide them
3  with the relief afforded by its earlier order continuing the deadline to file the motions for
4  summary judgment by extending the deadline to file oppositions and replies.
5       The parties propose a new opposition deadline of August 24, 2015, with reply briefs
6  due on September 8, 2015.  The parties propose a new deadline of August 10, 2015 for
7  Plaintiff's counsel to file an opposition to Mercury's Motion *in Limine*, docket number
8  145.
9       Additionally, the parties seek consolidation of the hearings on the dual motions
10 related to Dr. Alan Berman, docket numbers 139 and 145.  The basis for this request is the
11 extensive overlap facts and issues presented in the competing motions.  A single hearing
12 on this matter is in the interests of all parties and the Court in reducing the number of
13 appearances and hearings held.

15 Dated: July 27, 2015                              JOHNSTON & ASSOCIATES

16                                                 By:  /s/ Barbara I. Johnston, Esq.
17                                                      Barbara I. Johnston, Esq.
                                                        NV Bar # 3748
18                                                      8309 Shad Bush Avenue
                                                        Las Vegas, NV 89140
19                                                      *Attorney for Plaintiff*

22 Dated: July 27, 2015                              HAGER & DOWLING

23                                                 By:  /s/ Benjamin J. Carman, Esq.
24                                                      Benjamin J. Carman
                                                        NV Bar # 12775
25                                                      4045 Spencer Street, Suite 408
                                                        Las Vegas, NV 89119
26                                                      *Attorney for Defendant*

---

28 [1] Docket No. 143
   [2] See Docket No. 147

2
**STIPULATION AND ORDER.**

**ORDER**

IT IS SO ORDERED this __3rd__ day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER.**