BENJAMIN J CARMAN, NV Bar #12565
L. RENEE GREEN, NV Bar # 12775
HAGER & DOWLING
4045 Spencer Street, Suite 408
Las Vegas, NV 89119
702-586-4800; Fax: 702-586-0831
service@hdlawvegas.com
Attorneys for Defendant
MERCURY CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BRIGHAM YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY,<br><br>    Defendant. | Case No. 2:12-cv-00091-KJD-GWF |

## STIPULATION AND ORDER TO EXTEND THE DEADLINE TO TAKE THE DEPOSITION OF DR. ALAN BERMAN

COME NOW, Plaintiff DAVID BRIGHAM YOUNG, through his attorney of record, Barbara I. Johnston, Esq., and Defendant MERCURY CASUALTY COMPANY, by and through its attorneys, HAGER & DOWLING, P.C., and hereby submit this stipulation and order to the Court to extend the deadline to take the deposition of Dr. Alan Berman, as ordered by the court in docket number 157.

On August 6, 2015, the court issued an order as docket number 157 and granted an additional 45 days of discovery to Mercury to take the deposition of Plaintiff's retained expert, Dr. Alan Berman.

On August 21, 2015, Dr. Berman was served with a subpoena to appear for his deposition on September 9, 2015 in Prescott, Arizona. As Dr. Berman has a conflict in

1  schedule for the currently set date of September 9th, the parties stipulate to a new
2  deposition date of September 30, 2015 in Prescott, Arizona.
3      This new date reflects the earliest date that accommodates the witness' and
4  counsels' schedule.

6  Dated: August 28, 2015                JOHNSTON & ASSOCIATES

7                                        By: _____
8                                             Barbara I. Johnston, Esq.
                                              NV Bar # 3748
9                                             8309 Shad Bush Avenue
                                              Las Vegas, NV 89140
10                                            *Attorney for Plaintiff*

13  Dated: ~~August~~ September 1, 2015    HAGER & DOWLING

14                                        By: _____
15                                            Benjamin J. Carman
                                              NV Bar # 12775
16                                            4045 Spencer Street, Suite 408
                                              Las Vegas, NV 89119
17                                            *Attorney for Defendant*

18                          **ORDER**
19      IT IS SO ORDERED this ____ day of August, 2015.

21                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO TAKE THE DEPOSITION OF DR. ALAN BERMAN.**