Mark H. Hutchings (NV Bar # 12783)
**HOUSER & ALLISON, APC**
3900 Paradise Road, Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
mhutchings@houser-law.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID BRIGHAM YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY,<br><br>    Defendants. | Case No. 2:12-cv-00091-KJD-GWF<br><br>**MOTION AND PROPOSED ORDER TO WITHDRAW AS ATTORNEY OF RECORD** |

  COMES NOW, the undersigned counsel, MARK H. HUTCHINGS, ESQ. (hereinafter "Mr. Hutchings"), and moves this Honorable Court for an order permitting withdrawal as Counsel for the Plaintiff, Robert L. Ansara Guardian Ad Litem on behalf of David Brigham Young (hereinafter, "Plaintiff"), in the above captioned matter, pursuant to the Nevada Rules of Professional Conduct ("N.R.C.P.") 1.16.

  Mr. Hutchings is no longer associated with Truitt & Associates d/b/a Half Price Lawyers, the law firm that formerly represented Plaintiff. Furthermore, Barbara Johnston, Esq., of the law firm Johnston & Associates, is currently acting as lead counsel for Plaintiff. For the aforementioned

///

///

///

///

-1-

reasons, Mr. Hutchings respectfully requests to be removed from this service list and as attorney of record.

DATED this 12th day of July, 2016.

                **HOUSER & ALLISON, APC**

                */s/ Mark H. Hutchings*
                Mark H. Hutchings (NV Bar # 12783)
                3900 Paradise Road, Suite 101
                Las Vegas, Nevada 89169

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2016

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18), that I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

**MOTION AND PROPOSED ORDER TO WITHDRAW AS ATTORNEY OF RECORD**

By:
- ☐ U.S. Mail
- ☐ Facsimile transmission
- ☐ Overnight Mail
- ☐ Hand and/or Personal Delivery
- ☒ Electronic Service via CM/ECF

addressed to the following:

Matthew Q. Callister
Callister & Associates
823 Las Vegas Blvd., South Ste. 330
Las Vegas, NV 89101
mqc@call-law.com

D. Chris Albright
Albright Stoddard Warnick & Albright
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
dca@albrightstoddard.com

Barbara Irene Johnston
Johnston & Associates
8309 Shad Bush Avenue
Las Vegas, NV 89149
Barbara.johnston@rocketmail.com

Benjamin J. Carman
Ranalli & Zaniel
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
bcarman@ranallilawyers.com

Matthew P. Pawlowski
Callister & Reynolds
823 Las Vegas Boulevard South
Las Vegas, NV 89101
mpp@callister-reynolds.com

Theresa Lillian Mains
Theresa Mains Law
2251 N. Rampart Blvd., Ste. 102
Las Vegas, NV 89128
theresa@theresamainspa.com

John V Hager
Hager & Dowling
319 E. Carrillo Street
Santa Barbara, CA 93101
mail@hdlaw.com

Dated: July 12, 2016

/s/ Victoria Campbell
An employee of HOUSER & ALLISON, APC