AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

David Brigham Young

Plaintiff,

v.

Mercury Casualty Company

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00091-RFB-GWF

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby pursuant to [409] Jury Verdict entered May 25, 2017.

| June 1, 2017 | /s/ Debra K. Kempi |
|---|---|
| Date | Clerk |
| | /s/ M. Morrison |
| | (By) Deputy Clerk |